ALEXANDER B. CVITAN (SBN 81746), and
MARSHA M. HAMASAKI (SBN 102720), Members of
REICH, ADELL & CVITAN
A Professional Law Corporation
3550 Wilshire Boulevard, Suite 2000
Los Angeles, California  90010-2421
Telephone:  (213) 386-3860
Facsimile:  (2l3) 386-5583
E-Mails: alc@rac-law.com; marshah@rac-law.com

Attorneys for Construction Laborers Trust Funds for
Southern California Administrative Company, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company,<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>RAMIREZ CONSTRUCTION INC., a California corporation; JOSE LUIS RAMIREZ, an individual; ARTURO BALLIN, an individual also known as ART BALLIN; SYLVIA RAMIREZ, an individual, and DOE 1 through DOE 10, inclusive,<br><br>　　　　　　　　Defendants. | CASE NUMBER<br><br>CV07-6802 GAF(SSx)<br><br>ORDER FOR ENTRY OF JUDGMENT |

Application has been made by the Plaintiff, CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, LLC, an administrator, agent for collection and fiduciary to the LABORERS HEALTH AND WELFARE TRUST FUND FOR SOUTHERN CALIFORNIA; CONSTRUCTION LABORERS PENSION TRUST FOR SOUTHERN CALIFORNIA; CONSTRUCTION LABORERS VACATION TRUST FOR SOUTHERN CALIFORNIA;

LABORERS TRAINING AND RE-TRAINING TRUST FUND FOR SOUTHERN CALIFORNIA; FUND FOR CONSTRUCTION INDUSTRY ADVANCEMENT; CENTER FOR CONTRACT COMPLIANCE; and LABORERS CONTRACT ADMINISTRATION TRUST FUND FOR SOUTHERN CALIFORNIA (hereinafter referred to collectively as "TRUST FUNDS"), for reinstatement of the action to the Court's Active List and for entry of Judgment Pursuant to Stipulation.

The Court finds that Defendant, RAMIREZ CONSTRUCTION INC., a California corporation, has defaulted in the terms of a Settlement Agreement and Stipulation for Entry of Judgment between the parties and that TRUST FUNDS are entitled to have Judgment entered Pursuant to Stipulation.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that,

1. TRUST FUNDS are entitled to entry of judgment pursuant to stipulation against Defendant, RAMIREZ CONSTRUCTION INC., a California corporation, and Judgment is entered for the principal sum of $63,038.61 and $3,700.00 in attorney's fees for a total Judgment of $66,738.61.

DATED: October 30, 2008

_____
GARY A. FEESS, Judge of the
UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF CALIFORNIA

NOTE: CHANGES MADE BY THE COURT